PIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN HASSAN,

                Plaintiff,

   -against-

TOWN OF BROOKHAVEN,

                Defendant.
----------------------------------------------------------X

**ORDER**
13-CV-4544 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ SEP 13 2013 ★

LONG ISLAND OFFICE

FEUERSTEIN, J.

    Although not in conformance with Rule 10 of the Federal Rules of Civil Procedure, plaintiff's pro se application seeking a temporary restraining order and injunctive relief is construed by the Court to be a complaint, nunc pro tunc. The Clerk of the Court shall serve notice of entry of this order, together with a copy of the Court's form Section 1983 complaint, upon plaintiff and record such service on the docket pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure. Plaintiff is directed to complete the form Section 1983 complaint and file it as an amended complaint, or file an amended complaint that conforms with Rule 10 of the Federal Rules of Civil Procedure, on or before October 14, 2013, or his complaint will be dismissed without prejudice.

**SO ORDERED.**

                                      s/ Sandra J. Feuerstein
                                      Sandra J. Feuerstein
                                      United States District Judge

Dated: September 13, 2013
       Central Islip, New York